**COLIN M. RUBICH**
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
Email: Colin.Rubich@usdoj.gov

**FILED**

AUG 0 2 2018

Clerk, U.S. District Court
District Of Montana
Great Falls



**ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JOE ROY MICHAEL and JOSHUA JOCK CLAUSE, Defendants. | CR 18-101-BLG-SPW **INDICTMENT** **CONSPIRACY TO POSSESS WITH THE INTENT TO DISTRIBUTE AND TO DISTRIBUTE HEROIN** (Count I) Title 21 U.S.C. § 846 (Penalty: Mandatory minimum five to 40 years of imprisonment, $5,000,000 fine, and at least four years of supervised release) **POSSESSION WITH INTENT TO DISTRIBUTE HEROIN** (Count II) Title 21 U.S.C. § 841(a)(1) (Penalty: Mandatory minimum five to 40 years of imprisonment, $5,000,000 fine, and at least four years of supervised release) |

1

THE GRAND JURY CHARGES:

## COUNT I

On or about June 27, 2018, at Park City, in Stillwater County, in the State and District of Montana, and elsewhere, the defendants, JOE ROY MICHAEL and JOSHUA JOCK CLAUSE, knowingly and unlawfully conspired and agreed with each other and other persons, known and unknown to the Grand Jury, to distribute, and to possess with the intent to distribute, in violation of 21 U.S.C. § 841(a)(1), 100 or more grams of a substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of 21 U.S.C. § 846.

## COUNT II

On or about June 27, 2018, at Park City, in Stillwater County, and elsewhere in the State and District of Montana, the defendants, JOE ROY MICHAEL and JOSHUA JOCK CLAUSE, knowingly possessed, with the intent to distribute, 100 or more grams of a substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1).

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

_____
KURT G. ALME
United States Attorney

For _____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant: ✓✓
Bail: _____