FILED

FEB 2 1 2019

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOE ROY MICHAEL,<br><br>Defendant. | CR 18-101-BLG-SPW-1<br><br>ORDER |

Upon the United States' Unopposed Motion for Leave to File Plea Agreement Under Seal (Doc. 81), and for good cause being shown,

IT IS HEREBY ORDERED that the Untied States' Motion is **GRANTED**. The United States may file the plea agreement under seal.

DATED this 21st day of February, 2019.

SUSAN P. WATTERS
United States District Judge

1