IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18-101-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| JOE ROY MICHAEL, | |
| Defendant. | |

Upon the Court's Own Motion,

**IT IS HEREBY ORDERED** that sentencing currently scheduled for Wednesday, July 10, 2019 at 10:30 a.m., is **VACATED** and reset to commence on **Thursday, July 18, 2019 at 2:30 p.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 3rd day of June, 2019.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1